UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :      INDICTMENT

    - v. -                      :      07 CRIM 707

DELE TAYLOR,                   :

        Defendant.             :

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

1. From in or about November 2005, up to and including in or about May 2006, in the Southern District of New York and elsewhere, DELE TAYLOR, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that DELE TAYLOR, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty (50) grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

3. It was further a part and an object of the conspiracy that DElE TAYLOR, the defendant, and others known and

unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1), and 841(b)(1)(C) of Title 21 of the United States Code.

### Overt Acts

4.  In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a.  On or about December 8, 2005, in an apartment building located at 1459 Wythe Place in the Bronx, New York, DELE TAYLOR, the DEFENDANT, sold to an undercover law enforcement officer approximately 4 ziplock bags containing crack.

   b.  On or about January 12, 2006, in an apartment building located at 1459 Wythe Place in the Bronx, New York, DELE TAYLOR, and co-conspirators not named as defendants herein, sold to an undercover law enforcement officer approximately 3 grams of crack, and approximately 1 gram of heroin.

(Title 21, United States Code, Section 846.)

### COUNT TWO

The Grand Jury further charges:

5.  On or about January 12, 2006, in the Southern District of New York, DELE TAYLOR, the defendant, unlawfully,

intentionally, and knowingly distributed and possessed with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," and mixtures and substances containing a detectable amount heroin.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**DELE TAYLOR,**

Defendant.

---

**INDICTMENT**

07 Cr. ____

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(A), 846)
(18 U.S.C. § 2.)


                                                **MICHAEL J. GARCIA**
                                     United States Attorney.

*[signature]*

---

*7-30-07 Filed Indictment. Case assigned to Judge Scheindlin.*

*Pitman
U.S.M.J.*