U.S. Department of Justice



United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

August 30, 2007

**By Facsimile**

Honorable Shira H. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
(212) 805-7920

RECEIVED
CHAMBERS OF
AUG 31 2007
JUDGE SCHEINDLIN

Re:   United States v. Dele Taylor, 07 Cr. 707 (SHS) (SAS)

Dear Judge Scheindlin:

The Government and defense counsel spoke today to your Courtroom Deputy to advise that the parties had reached a tentative plea agreement which they expected to be finalized within the next three weeks, and suggested adjourning the conference scheduled for September 4, 2007. Your Courtroom Deputy indicated that the plea would be referred to Magistrate Court and the parties agreed on a control date of September 21, 2007 for such a plea to take place.

Defense counsel requests that time be excluded under 18 § 3161(h)(8)(A) until September 21, 2007 that the parties can finalize plea discussions, and the Government consents to this exclusion.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Arlo Devlin-Brown
(212) 637-2506
Assistant United States Attorney

*[Handwritten: Time excluded until September 21, 2007. Sept. 4 conference adjourned. So Ordered. 8/31/07]*

cc:   Louis Aidala, Esq.
      (by facsimile)