USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :
                                 :       **ORDER**
DELE TAYLOR,                     :
                                 :       07 Cr. 707 (SAS)
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - - - x

WHEREAS, with the consent of the defendant, DELE TAYLOR, his guilty plea allocution was taken before Magistrate Judge Theodore H. Katz on September 26, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon a review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         November ____, 2007

                                    _____
                                    HONORABLE SHIRA A. SCHEINDLIN
                                    UNITED STATES DISTRICT JUDGE